IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEMARCUS WASHIGNTON**,

**Plaintiff,**

**v.**

**RODNEY WILSON,**
**et al.,**

**Defendants.**                                       No. 09-0493-DRH

## ORDER

**HERNDON, Chief Judge:**

  Now before the Court is Plaintiff's motion to voluntarily dismiss his case (Doc. 32).  As the motion was not clear as to whether he wanted to dismiss the case as to only Defendant Wilson or the entire case, Magistrate Judge Proud entered an Order asking Washington to clarify this issue (Doc. 33).  Today, Washington filed a pleading stating that he wants to dismiss the entire case as to all defendants (Doc. 34).  Thus, the Court **GRANTS** the motion to dismiss and **DISMISSES without prejudice** the entire case.  The Court will close the file.

  **IT IS SO ORDERED.**

  Signed this 24th day of May, 2010.

                  /s/  *David R Herndon*

                  **Chief Judge**
                  **United States District Court**